brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDERMAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

Motion by Chamber of Commerce of the United States of America for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDERMAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

Motion by Business Council of New York State, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY WALLACE, Appellant.

Submitted June 29, 2015; decided August 27, 2015

Motion to vacate this Court's June 12, 2015 preclusion order granted.